**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILSON DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ROBERT KEVIN JOYNER ) | CASE NO.  09-10739-8-JRL |
| CYNTHIA MARIE JOYNER ) | CHAPTER 13 |
| DEBTORS ) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002**

To the Clerk of the United States Bankruptcy Court:

**PLEASE TAKE NOTICE** and pursuant to Bankruptcy Rule 9010 (b) enter the appearance of:

Sean M. Corcoran
Attorney at Law
Brock & Scott, PLLC
5121 Parkway Plaza Drive, Suite 300
Charlotte, NC 28217

as counsel for Wells Fargo Bank, NA, a creditor of the above named Debtor(s).

**REQUEST** is further made by counsel that all Notices required to be given to parties in interest pursuant to Bankruptcy Rule 2002 be mailed to counsel.

*/s/ Sean M. Corcoran*
Sean M. Corcoran
State Bar Number 33387

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the date set forth below, this Notice of Appearance was served by first class U.S. mail, postage prepaid, or by electronic mail, if applicable, to the following:

John T Orcutt
6616 Six Forks Road
Suite 203
Raleigh, NC 27615

John F. Logan
PO Box 61039
Raleigh, NC 27661-1039

This 16th day of December, 2009

*//s/ Sean M. Corcoran*
Sean M. Corcoran
State Bar Number 33387